UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61542-CV-MIDDLEBROOKS

ALLISON GLUSKY,

    Plaintiff,

v.

UNITEDLEX CORPORATION,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER VENUE**

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Transfer Venue, filed on August 29, 2023. (DE 5). Defendant seeks transfer for the convenience of the parties and potential witnesses because Defendant and relevant records and witnesses are located in the District of Kansas. *Id.*

Title 28 United States Code § 1404 authorizes district courts to transfer any civil action "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). Because the Parties consent to transfer and the District of Kansas presents a more convenient forum, I agree with the Parties that transfer is appropriate.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Defendant's Motion to Transfer Venue (DE 5) is **GRANTED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of August, 2023.

_____
Donald M. Middlebrooks
United States District Judge