### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALLISON GLUSKY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:23-CV-02382-HLT-ADM |
| | ) |
| **UNITEDLEX CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Allison Glusky and Defendant UnitedLex Corporation, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: (1) Plaintiff's claims against Defendant are hereby dismissed **without** prejudice; (2) the claims of the putative class members are dismissed **without** prejudice.

Dated: October 12, 2023

      /s/ Kathryn S. Rickley
      Kathryn S. Rickley (KS #23211)
      Mitchell E. Wood (KS #24052)
      HALBROOK WOOD, PC
      3500 West 75th Street, Suite 300
      Prairie Village, Kansas 66208
      TEL: (913) 529-1188
      FAX: (913) 529-1199
      E-MAIL: krickley@halbrookwoodlaw.com
      E-MAIL: mwood@halbrookwoodlaw.com
      **ATTORNEYS FOR DEFENDANT**

and

Myriah V. Jaworski (Admitted Pro Hac Vice)
Chirag Patel, Esq. (Admitted Pro Hac Vice)
CLARK HILL LLP
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
**ATTORNEYS FOR DEFENDANT**

and

**HIRALDO P.A.**

By: */s/ Manuel S. Hiraldo*
     Manuel S. Hiraldo, Esq.
     401 E. Las Olas Boulevard
     Suite 1400
     Ft. Lauderdale, Florida 33301
     mhiraldo@hiraldolaw.com
     (t) 954.400.4713
     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 13th day of October 2023, the foregoing was electronically filed with the Clerk of the Court and served via electronic mail upon the following counsel:

Manuel Santiago Hiraldo
HIRADLO P.A.
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com

Rachel N. Dapeer
DAPEER LAW, P.A.
20900 NE 30th Avenue, Suite 417
Aventura, Florida 33180
rachel@dapeer.com

                /s/ Kathryn S. Rickley
                Attorney for Defendant